**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 TECHNOLOGIES, INC.** | § § § | |
| v. | § § | **CASE NO. 6:11-cv-492** |
| **ALCATEL-LUCENT USA INC.,** *et al.* | § § § § | **LEAD CASE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **NETWORK-1 TECHNOLOGIES, INC.** | § § § | |
| v. | § § | **CASE NO. 6:13-cv-78** |
| **SHORETEL, INC.** | § § § § | **CONSOLIDATED CASE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER DISMISSING SHORETEL INC. WITH PREJUDICE**

**WHEREAS**, Plaintiff Network-1 Technologies, Inc. ("Network-1") and Defendant ShoreTel, Inc. ("ShoreTel") have jointly filed a "Stipulation of Dismissal With Prejudice of Defendant ShoreTel, Inc." (No. 6:11-cv-492, Doc. No. 563) pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

**WHEREAS**, the Court now finds that an order dismissing all claims asserted by Network-1 against ShoreTel and all counterclaims asserted by ShoreTel against Network-1 should be entered,

**IT IS THEREFORE ORDERED** that all claims asserted by Network-1 against ShoreTel and all counterclaims asserted by ShoreTel against Network-1 are dismissed with prejudice, each party to bear its own costs and fees.

1

**Jul 28, 2015**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE